UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT BERNARD WILL,

    Defendant.
_____/

Case No. 2:13-mj-05

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

    Defendant Scott Bernard Will appeared before the undersigned on April 24, 2013, on a complaint alleging charges of Conspiracy to Distribute and Possess with Intent to Distribute MDPV, a Schedule I controlled substance, and Conspiracy to Distribute and Possess with Intent to Distribute Alpha-PVP, a controlled substance analogue. The government filed a motion for detention, to which defense counsel indicated his client did not object at this time. Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings. Defendant Will reserves the right to request a detention hearing at a later date.

    IT IS SO ORDERED.

Date: April 25, 2013

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge