UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRISTEN ELLEN BERGERON,

    Defendant.
_____/

Case No. 2:13-mj-05

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

      Defendant Kristen Ellen Bergeron appeared before the undersigned on April 24, 2013, on a complaint alleging charges of Conspiracy to Distribute and Possess with Intent to Distribute MDPV, a Schedule I controlled substance, and Conspiracy to Distribute and Possess with Intent to Distribute Alpha-PVP, a controlled substance analogue. The government filed a motion for detention on April 26, 2013. A detention hearing was scheduled for May 9, 2013, at which time defendant Bergeron indicated she was waiving her right to a detention hearing. Accordingly, the government's motion is granted and IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

Date: May 21, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge